**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUNITA DODDAMANI,<br><br>*Plaintiff*,<br><br>*v.*<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No.: 1:26-cv-02885 (RC) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6, attorney Julia Gegenheimer moves for leave to withdraw as counsel for Plaintiff in this matter, as she is leaving the Institute for Constitutional Advocacy and Protection (ICAP). Plaintiff will continue to be represented by other counsel from ICAP.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Julia Gegenheimer*

Julia Gegenheimer (D.C. Bar No. 90034692)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
jg1370@georgetown.edu
(202) 661-6671

*Attorney for Plaintiff*